UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Bertha Tyler,<br><br>    Plaintiff,<br><br>v.<br><br>Enhanced Recovery Company, LLC<br>c/o LexisNexis Document Solutions<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62703,<br><br>    Defendant. | Case No.<br><br><br><br>**COMPLAINT**<br><br><br><br><br>**Jury Demand Requested** |

## JURISDICTION AND VENUE

1- This court has jurisdiction pursuant to 28 U.S.C. §§1331, 1337, 1367; and 15 U.S.C. §1692k(d).

2- Venue is proper because a substantial part of the events giving rise to this claim occurred in this District.

## PARTIES

3- Plaintiff incurred an obligation to pay money, the primary purpose of which was for personal, family, or household uses (the õDebtö).

4- Plaintiff is a resident of the State of Illinois.

5- Defendant is a corporation with its principal office in the State of Delaware.

6- Defendant uses instruments of interstate commerce for its principal purpose of business, which is the collection of debts.

7- Defendant regularly attempts to collects, or attempts to collect, debts owed or due another.

8- At all times relevant, Defendant owned the Debt or was retained to collect the Debt.

## FACTS COMMON TO ALL COUNTS

9- In or around April 2013, Defendant telephone Plaintiff to collect the Debt.

10- During this communication, Defendant falsely represented itself as a legal agency.

11- During this communication, Defendant falsely represented that there was a legal action pending against Plaintiff for the Debt and provided a case number to Plaintiff.

12- During this communication, Defendant falsely represented that Defendant would send the sheriff to Plaintiff's home unless Plaintiff resolved the debt.

13- During this communication, Defendant gave Plaintiff a telephone number for Plaintiff to call if Plaintiff wanted to resolve the matter without going to court.

14- The telephone number Defendant gave Plaintiff was another telephone number for Defendant.

15- Defendant damaged Plaintiff.

16- Defendant violated the FDCPA.

## COUNT I

17- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

18- Defendant violated 15 USC § 1692e(2) by misrepresenting the character, amount, and/or legal status of the debt.

## COUNT II

19- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

20- Defendant violated 15 USC § 1692e(5) by threatening to take action against Plaintiff that Defendant could not legally take.

## COUNT III

21- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

22- Defendant violated 15 USC § 1692e(5) by threatening to take action against Plaintiff that Defendant did not intend to take.

## COUNT IV

23- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

24- Defendant violated 15 USC § 1692e(10) by making false representation during the collection, or attempted collection, of a debt.

## COUNT V

25- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

26- Defendant violated 15 USC § 1692f by engaging in unfair and/or unconscionable means to collect, or attempt to collect, the Debt.

## JURY DEMAND

27- Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

28- Plaintiff prays for the following relief:

    a. Judgment against Defendant for Plaintiff's actual damages, as determined at trial, suffered as a direct and proximate result Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(1);

    b. Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(2)(A);

    c. Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

    d.  Any other legal and/or equitable relief as the Court deems appropriate.

        RESPECTFULLY SUBMITTED,

        Meier LLC

        By: */s/ Richard J. Meier*
        Richard J. Meier, Esq.
        53 W. Jackson Blvd, Suite 304
        Chicago, IL 60604
        Tel: 312-242-1849
        Fax: 312-242-1841
        richard@meierllc.com
        *Attorney for Plaintiff*